| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 78576) |
| | kirbywilcox@paulhastings.com |
| 2 | MOLLY A. HARCOS (SB# 233556) |
| | mollyharcos@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 4 | Twenty-Fourth Floor |
| | San Francisco, CA  94105-3441 |
| 5 | Telephone:  (415) 856-7000 |
| | Facsimile:  (415) 856-7100 |
| 6 | |
| | Attorneys for Defendants |
| 7 | PIPER JAFFRAY & CO. and |
| | UBS FINANCIAL SERVICES INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | GERRY McNERNEY, CHRIS SCROGGINS, individually and on behalf of all others similarly situated,, | CASE NO. C-06-5155 PJH |
| 13 | | **JOINT STIPULATION TO EXTEND CASE MANGEMENT CONFERENCE AND [P~~ROPOSED~~] ORDER** |
| 14 | Plaintiffs, | |
| 15 | vs. | |
| 16 | PIPER JAFFRAY & CO., UBS FINANCIAL SERVICES, INC. | |
| 17 | | |
| 18 | Defendants. | |

Pursuant to the Civil Local Rules for the U.S. District Court of the Northern District of California ("Local Rule"), Rules 6-1 and 6-2, the parties in the above-captioned matter (the "parties") stipulate and request a court order to extend the scheduled Case Management Conference ("CMC"), from November 30, 2006 to December 21, 2006 (or to the next available date otherwise ordered by the court), for the following reasons:

- Local Rule 16-10 mandates that "lead trial counsel for each party must attend the initial case management."

- However, lead counsel for the parties have scheduling conflicts, and cannot attend the November 30th CMC. Mr. Wilcox, lead counsel for Defendants, has an all-day mediation scheduled on November 30th, and is also unavailable on December 14th. Mr. Wynne, lead counsel for the Plaintiffs, will be out of state attending a hearing before the Panel on Multidistrict Litigation, and is also unavailable December 7th. (*See* Delcaration of Kirby Wilcox, attached as Exhibit A.)

The parties believe the requested three-week extension for the CMC hearing date will have a minimal effect on the schedule for the case and the trial date has not been set. *See* Local Rule 6-2(a)(3).

Pursuant to Local Rule 6-2(a)(2), the parties also notify the Court that on September 14th they filed a stipulation to extend Piper Jaffray & Co.'s time to respond to Gerry McNerney's complaint (Docket No. 4).

Accordingly, the parties, by and through their counsel, seek a court order and hereby stipulate, as follows:

|  |  |
|---|---|
| 1 | The parties shall extend the scheduled Case Management Conference ("CMC") in |
| 2 | the above-captioned matter, from November 30, 2006 to December 21, 2006 (or the next |
| 3 | available date otherwise ordered by the court). |

DATED: November 13, 2006

M. KIRBY C. WILCOX
MOLLY A. HARCOS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
         M. KIRBY C. WILCOX

Attorneys for Defendants
PIPER JAFFRAY & CO. and UBS FINANCIAL SERVICES INC.

DATED: November 1, 2006

EDWARD J. WYNNE
J.E.B. PICKETT
WYNNE LAW FIRM

By: _____
         EDWARD J. WYNNE

Attorneys for Plaintiffs
GERRY McNERNEY, CHRIS SCROGGINS

For good cause shown, it is hereby ordered that, pursuant to Civil L. Rules 6-1, 6-2 and 16-10, the Case Management Conference, originally scheduled for November 30, 2006, will be held in this case before the Honorable Phyllis J. Hamilton on December 21, 2006, at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: 11/15/06  _____

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Phyllis J. Hamilton]*

# EXHIBIT A

| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 78576) |
| | kirbywilcox@paulhastings.com |
| 2 | MOLLY A. HARCOS (SB# 233556) |
| | mollyharcos@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 4 | Twenty-Fourth Floor |
| | San Francisco, CA  94105-3441 |
| 5 | Telephone:  (415) 856-7000 |
| | Facsimile:  (415) 856-7100 |
| 6 | |
| | Attorneys for Defendants |
| 7 | PIPER JAFFRAY & CO., and |
| | UBS FINANCIAL SERVICES INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY McNERNEY, CHRIS SCROGGINS, individually and on behalf of all others similarly situated,, | CASE NO. C-06-5155 PJH |
| Plaintiffs, | **DECLARATION OF M. KIRBY C. WILCOX IN SUPPORT OF JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| vs. | |
| PIPER JAFFRAY & CO., UBS FINANCIAL SERVICES, INC. | |
| Defendants. | |

I, M. Kirby C. Wilcox, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court.  I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys of record for Piper Jaffray & Co. and UBS Financial Services Inc.  If called as a witness, I would and could competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. I am lead counsel for Defendants in this matter.  I have an all-day mediation scheduled on November 30th and thus would not be able to attend the scheduled CMC

on November 30th. I am also unavailable December 14th, because I have a previously scheduled engagement that I must attend.

3.  I have been informed by Mr. Wynne, lead counsel for the Plaintiffs, and believe that he cannot attend the scheduled CMC on November 30th, because he will be out of state attending a hearing before the Panel on Multidistrict Litigation. Mr. Wynne also informed me that he is unavailable the following Thursday, December 7th.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2006.

DATED: November 13, 2006

_____
M. Kirby C. Wilcox

LEGAL_US_W # 54854179.1

-2-

WILCOX DECLARATION ISO STIPULATION AND ORDER TO EXTEND CMC

Case No. C-06-5155 PJH