M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
PIPER JAFFRAY & CO. and
UBS FINANCIAL SERVICES, INC.

EDWARD J. WYNNE (SB# 165819) ewynne@wynnelawfirm.com
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900

Attorneys for Plaintiffs
GERRY McNERNEY and CHRIS SCROGGINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY McNERNEY, CHRIS SCROGGINS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PIPER JAFFRAY & CO., UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | CASE NO. C-06-5155 PJH<br><br>**JOINT STIPULATION TO CONTINUE THE DEADLINE FOR FILING CLASS CERTIFICATION MOTION AND [PROPOSED] ORDER**<br><br>Date: April 4, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Phyllis J. Hamilton |

1  Pursuant to the Civil Local Rules for the U.S. District Court of the Northern

2  District of California ("Local Rules"), Rules 6-2 and 7-2, the parties in the above-entitled matter

3  jointly move this court to grant a 90-day extension of the deadline for the motion for class

4  certification, currently set for June 27, 2007. The parties have noticed the hearing on this matter

5  for April 4, 2007, pursuant to Local Rule 7-2, but respectfully request that the Court rule on the

6  papers alone and without a hearing.

7  On December 21, 2006, the parties appeared before the Court for their Case

8  Management Conference ("CMC"). The Court set the deadline for filing the motion for class

9  certification for June 27, 2007, referred this action to private mediation, and ordered the parties to

10  complete their mediation by May 16th, 2007.

11  The parties are currently preparing for their private mediation scheduled before

12  David Rotman on May 8, 2007. In an effort to facilitate this process and reduce excessive

13  discovery costs, the parties have agreed to engage in informal discovery to exchange information

14  and documents as needed. If the parties do not reach a settlement after May 8th, they have agreed

15  to resume formal discovery at that time. The parties believe it is in their best interest to forgo

16  formal discovery at this stage of settlement process.

17  However, the June 27th deadline for filing the class certification motion falls

18  shortly after the scheduled May 8th mediation. This small window of time leaves the parties with

19  little opportunity to adequately prepare and respond to formal discovery, should mediation efforts

20  fail. Moreover, as often occurs with mediation, the parties may require additional time after the

21  May 8th mediation to reach an agreement as to the terms of a proposed settlement, further

22  minimizing the time for formal discovery if needed prior to the deadline for filing the class

23  certification motion.

24  A 90-day extension of the deadline for filing the class certification motion would

25  eliminate the need for formal discovery during the mediation process and would provide the

26  parties with adequate time for formal discovery prior to the class certification motion, if the May

27  8th mediation does not result in a settlement. The parties believe this requested 90-day extension

28  will have a minimal effect on the schedule for the case.

JOINT STIP. TO CONTINUE DEADLINE
FOR FILING CLASS CERTIFICATION
MOTION AND [PROPOSED] ORDER

Accordingly, the parties, by and through their counsel, seek a court order and hereby stipulate, as follows:

The deadline for filing the motion for class certification in the above-captioned matter, is extended from June 27, 2007 to August 27, 2007 (or the next available date after August 27th otherwise ordered by the Court).

DATED: February ___, 2007
    M. KIRBY C. WILCOX
    MOLLY A. HARCOS
    PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____/s/_____
                   MOLLY A. HARCOS


Attorneys for Defendants
PIPER JAFFRAY & CO. and UBS FINANCIAL SERVICES, INC.

DATED: February ___, 2007
    EDWARD J. WYNNE
    WYNNE LAW FIRM


By:_____/s/_____
                   EDWARD J. WYNNE

Attorneys for Plaintiffs
GERRY McNERNEY and CHRIS SCROGGINS

JOINT STIP. TO CONTINUE DEADLINE
FOR FILING CLASS CERTIFICATION
MOTION AND [PROPOSED] ORDER

**[P~~ROPOSED~~] ORDER**

The Court, having considered all of the papers filed and otherwise being fully informed, and for good cause shown:

HEREBY ORDERS THAT the deadline to file a motion for class certification in *McNerney, Scroggins et al, vs. Piper Jaffray & Co. and UBS Financial Services Inc.* (Case No. C-06-5155 PJH), originally set for June 27, 2007, is hereby changed to August 27, 2007.

IT IS SO ORDERED.

Dated: 3/5/07 _____



PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 55714095.4