1 | (*Counsel of Record are Listed on Next Page*)
2 |
3 |
4 |
5 |
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 |

| | |
|---|---|
| GERRY MCNERNEY, CHRIS SCROGGINS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PIPER JAFFRAY & CO., UBS FINANCIAL SERVICES INC.,<br><br>Defendants. | CASE NO. C-06-5155 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING OCTOBER 17, 2007 HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| JONATHAN CHAET individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PIPER JAFFRAY COMPANIES; PIPER JAFFRAY & CO., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C-06-7075 PJH |

CASE NOS. C-06-5155 & C-06-7075 PJH

STIP. & PROPOSED ORDER TO EXTEND OCT. 17, 2007 HEARING DATE

1  EDWARD J. WYNNE, ESQ. (SB# 165819) ewynne@wynnelawfirm.com
   J.E.B. PICKETT, ESQ. (SB# 154294 )
2  WYNNE LAW FIRM
   100 Drakes Landing Roads, Ste. 275
3  Greenbrae, CA 94904
   Telephone:  (415) 461-6400
4  Facsimile:  (415) 461-3900

5  DAVID S. MARKUN, ESQ (SB# 108067)
   JEFFREY K. COMPTON (SB# 142969) jcompton@mzclaw.com
6  MARKUN, ZUSMAN & COMPTON LLP
   17383 Sunset Boulevard
7  Pacific Palisades, CA  90272
   Telephone:  (310) 454-5900
8  Facsimile:   (310) 454-5970

9  BRYAN KING SHELDON (SB# 116219) bryan.sheldon@lrklawyers.com
   NICHOLAS ORIHUELA (SB# 221898) nicolas.orihuela@lrklawyers.com
10 LIM, RUGER & KIM, LLP
   1055 West Seventh Street, Suite 2800
11 Los Angeles, CA  90017
   Telephone:  (213) 955-9500
12 Facsimile:   (213) 955-9511

13 JOSEPHY H. MELTZER (SB# 80136)
   GERALD D. WELLS, III (SB# 88277) gwells@sbtklaw.com
14 ROBERT J. GRAY (SB# 86251)
   SCHIFFRIN BARROWAY TOPAZ  KESSLER, LLP
15 280 King of Prussia Road
   Radnor, Pennsylvania  19087
16 Telephone:  (610) 667-7706
   Facsimile:   (610) 667-7056
17

18 Attorneys for Plaintiffs
   GERRY MCNERNEY, CHRIS SCROGGINS, JONATHAN CHAET
19
   M. KIRBY C. WILCOX (SB# 78576)  kirbywilcox@paulhastings.com
20 MOLLY HARCOS (SB# 233556) mollyharcos@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
21 55 Second Street
   Twenty-Fourth Floor
22 San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
23 Facsimile:  (415) 856-7100

24 Attorneys for Defendants
   PIPER JAFFRAY COMPANIES, PIPER, JAFFRAY & CO., UBS FINANCIAL SERVICES
25 INC.

26

27

28

CASE NOS.  C-06-5155 & C-06-7075 PJH         STIP. & PROPOSED ORDER TO EXTEND
                                             OCT. 17, 2007 HEARING DATE

| | |
|---|---|
| 1 | WHEREAS, the Court has scheduled the hearing on the Joint Motion for |
| 2 | Preliminary Approval of Class Action Settlement on October 17, 2007; |
| 3 | WHEREAS, counsel for one of the parties is unavailable on October 17, 2007 and |
| 4 | October 24, 2007, due to previously-scheduled hearings and prior commitments; |
| 5 | WHEREAS, counsel for all of the parties are available on October 31, 2001; |
| 6 | WHEREAS the parties are otherwise working diligently to move the settlement |
| 7 | forward; |
| 8 | THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, |
| 9 | STIPULATE AS FOLLOWS: |
| 10 | The hearing on the Joint Motion for Preliminary Approval of Class Action |
| 11 | Settlement, currently set for Wednesday, October 17, 2007 at 9:00 a.m., shall be continued to |
| 12 | Wednesday, October 31, 2007, or the next available date proposed by the Court. |

DATED: October 8, 2007        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:        /s/
         M. KIRBY C. WILCOX

Attorneys for Defendants
Piper Jaffray Companies, Piper Jaffray & Co., UBS Financial Services Inc.

DATED: October 8, 2007        WYNNE LAW FIRM

By:        /s/
         EDWARD J. WYNNE

Attorneys for Plaintiff

CASE NOS. C-06-5155 & C-06-7075 PJH        -2-        STIP. & PROPOSED ORDER TO EXTEND OCT. 17, 2007 HEARING DATE

| | | |
|---|---|---|
| DATED: October 8, 2007 | | MARKUN ZUSMAN & COMPTON LLP |

By: /s/
JEFFREY K. COMPTON

Attorneys for Plaintiff

DATED: October 8, 2007    LIM, RUGER & KIM LLP

By: /s/
BRYAN KING SHELDON

Attorneys for Plaintiff

DATED: October 8, 2007    SCHIFFRIN BARROWAY TOPAZ KESSLER, LLP

By: /s/
GERALD D. WELLS, III

Attorneys for Plaintiff

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, the hearing on the Joint Motion for Preliminary Approval of Class Action Settlement in this matter is continued from October 17, 2007 to October 31, 2007, at 9:00 a.m.

IT IS SO ORDERED

Dated: 10/9/07

PHYLLIS J. HAMILTON
DISTRICT COURT JUDGE

*IT IS SO ORDERED / Judge Phyllis J. Hamilton* (seal: United States District Court, Northern District of California)

LEGAL_US_E # 76712854.1

CASE NOS. C-06-5155 & C-06-7075 PJH    -3-    STIP. & PROPOSED ORDER TO EXTEND OCT. 17, 2007 HEARING DATE