UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERRY MCNERNEY, et al.,

    Plaintiffs,

v.

PIPER JAFFRAY & CO, et al.,

    Defendants.

_____

JONATHAN CHAET, et al.,

    Plaintiffs,

v.

PIPER JAFFRAY & CO., et al.,

    Defendants.

_____/

No. C 06-5155 PJH

**ORDER**

No. C 06-7075 PJH

The court is in receipt of a letter from William H. Lockwood, an individual claiming to be a member of the class certified in these class/collective actions, who asserts that he did not receive a claim form and that he wishes to be included as a member of the class. See Attachment A.

No later than June 13, 2008, counsel for the plaintiff class shall file a status statement explaining the reason for the exclusion of Mr. Lockwood, and the status of the payments made to the members of the class.

**IT IS SO ORDERED.**

Dated: June 6, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge